Anibal Silva
PLAINTIFF/PETITIONER/MOVANT'S NAME

N/A
PRISON NUMBER

N/A
PLACE OF CONFINEMENT

P.O. Box 20732
EL Cajon, CA 92021
ADDRESS



FILED
08 MAY 27 PM 2:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**United States District Court**
**Southern District Of California**

'08 CV 0932 H JMA

Anibal Mesala Silva,
Plaintiff/Petitioner/Movant

v.

James Meyers,
Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  ☐ Yes  ☒ No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?         ☐ Yes  ☐ No
    Do you receive any payment from the institution?  ☐ Yes  ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   My last employment date was 5/22/08. My last employer was The Bridge, Located at 874 Seacoast Drive, Imperial Beach, CA 91932. My last check is in the amount of $500.00 and was receiving between 600 to 700 every 30 days.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends    ☑ Yes ☐ No
   c. Pensions, annuities or life insurance             ☐ Yes ☑ No
   d. Disability or workers compensation                ☐ Yes ☑ No
   e. Social Security, disability or other welfare      ☐ Yes ☑ No
   e. Gifts or inheritances                             ☐ Yes ☑ No
   f. Spousal or child support                          ☐ Yes ☑ No
   g. Any other sources                                 ☐ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   On May of 2007, I received the last rent check in the amount of $1,000 for renting my Condominium. The lease expired and I don't receive it anymore.

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☑ Yes ☐ No
   a. Make: Ford        Year: 2005        Model: Focus
   b. Is it financed? ☑ Yes ☐ No
   c. If so, what is the amount owed? 14,000
        I also own a 1991 Volvo 740. There is no lienholder.

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ✓ Yes ☐ No
   If "Yes" describe the property and state its value. The remaining community properties are 2501 Patsy Pkwy in Austin, Texas and 5266 FM 713 in Lockhart, TX. The stay was lifted for 2501 Patsy Pkwy to allow the lienholder to foreclose it. The lienholder still has not foreclosed on 5266 FM 713. Please, see the Attachment to Statement of Financial Affairs.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Janet Silva: Wife = 100%

   Hannibal Silva = Son = 100%

   Mesala Silva = Son = 100%

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   My unsecured debts are listed in Schedule "F" that I filed with the Bankruptcy Court and a new credit card with high interest rate that I got to start reestablishing my credit. The balance is approx. 90°°. Schedule "F" is attached.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    Wife's Personal Jewelry held by Lemon Grove Pawnbrokers at 7920 Broadway in Lemon Grove, CA.

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    On May 22, 2008, I stopped working for the Bridge. Presently, I am not working and I am surviving with the remaining funds of my income tax return.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

5/27/08
DATE

_____
SIGNATURE OF APPLICANT

## Attachment to Statement of Financial Affairs

4. **Suits and Administrative Proceedings, Executions, Garnishments and Attachments:**

| | | | |
|---|---|---|---|
| Roadinger vs. Silva SEA025288 | Suit for Money Damages Vacating Rental Home | California Superior Court East County Division | Under Appeal |
| Silva vs. PrimeDirect Mortgage GIC867925 | Appeal from Labor Commissioner Ruling | Superior Court Downtown Central | Interlocutory Dismissal Ruling |
| U.S. vs. Anibal & Janet Silva 1-05-CV-710 | Suit for Discrimination National Origin Basis | Federal District Court Austin Division | Default Judgment Rendered on 2/5/07 and 7/5/07 |
| Phillips vs. Anibal Silva | Suit for Title Reconveyance | Travis County | Pending |

5. **Repossessions, foreclosures and returns:** The following properties were either foreclosed, sold, or the San Diego Bankruptcy Court lifted the stay prior to the conversion of the Debtor's Chapter 13 case to Chapter 7 to allow the Lien Holders to foreclose the properties:

| | |
|---|---|
| 4607 Candletree Lane, Austin, TX | Lien Holder: Chase Manhattan Mortgage |
| 522 Marquette Street, San Antonio, TX | Lien Holder: Homecomings Financial |
| 802 Norwell Lane, Pflugerville, TX | Lien Holder: Countrywide Home Mortgage |
| 14400 Running Deer Trail, Austin, TX | Lien Holder: Washington Mutual |
| 243 Ebony Ave., #8, Imperial Beach, CA | Lien Holder: Washington Mutual |
| 8014 Briarton Drive, Austin, TX | Lien Holder: Ocwen Federal Bank/Mortgage Electronic Registration Systems, Inc. |
| 9829 Teasdale Terrace, Austin, TX | Lien Holder: Ocwen Federal Bank/Mortgage Electronic Registration Systems, Inc. |
| 8212 Laurel Bend, San Antonio, TX | Lien Holder: Ocwen Federal Bank/Mortgage Electronic Registration Systems, Inc. |
| 2501 Patsy Parkway, Austin, TX | Lien Holder: Ocwen Federal Bank/Mortgage Electronic Registration Systems, Inc. |
| 2404 Manzana Way, San Diego, CA | Lien Holder: GMAC Mortgage and Bank of America |

Official Form 6F (10/06)

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Unit 229<br>A-1 Self Storage<br>1370 N. Magnolia Ave.<br>El Cajon, CA 92020 | | C | 12/06<br>Storage Charges<br>Consumer Debt<br>Fixed & Liquidated | | | | 400 |
| ACCOUNT NO. 7800770<br>Academy Collection Service<br>10965 Decatur Road<br>Philadelphia, PA 19154 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,000 |
| ACCOUNT NO. Silva<br>Advance America<br>6628-A Mission Gorge Rd.<br>San Diego, CA 92120 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>Advance Check Express<br>9473 Black Mountain Rd.<br>San Diego, CA 92126 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| | | | | | | Subtotal▶ | $ ~~0.00~~ 2,050 |
| **15** continuation sheets attached | | | | | | Total▶ | $ |
| | | | (Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor  
Case No. **07-03740-JM7** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Silva<br>Advance Till Payday<br>1010 Broadway St, Unit 1<br>Chula Vista, CA 91911 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>American Answering Service<br>3802 Rosecrans Street<br>San Diego, CA 92110 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 150 |
| ACCOUNT NO. 27765410<br>Arrow Financial<br>8589 Aero Drive, Ste. 600<br>San Diego, CA 92123 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,000 |
| ACCOUNT NO. 6195431466474<br>Collection Bureau of America<br>P.O. Box 5013<br>Hayward, CA 94540 | | C | 2006<br>Consumer Purchases<br>Collection<br>Fixed & Liquidated | | | | 530 |
| ACCOUNT NO.<br>Bank of America<br>100 N Broadway, 9th Floor<br>St. Louis, MO 63102 | | C | 2006<br>Consumer Bank Transaction<br>Fixed & Liquidated | | | | 2,700 |

Sheet no. **1** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $~~0.00~~ 4,705

Total▶ $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mexcla Silva**, Debtor

Case No. **07-03740-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 385359<br>Birch Telecom CBP<br>P.O. Box 60111<br>Dallas, TX 75266 | | C | 2003<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>California Budget Finance<br>1177 Broadway St, Ste. 3<br>Chula Vista, CA 91911 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>Capital One Services<br>P.O. Box 60000<br>Seattle, WA 98190 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 2,000 |
| ACCOUNT NO. 10156394<br>CashNetUSA.com<br>P.O. Box 06230<br>Chicago, IL 60606 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>Cash Plus<br>656 Palomar St, Ste. 201<br>Chula Vista, CA 91911 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |

Sheet no. 2 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $~~0.00~~ 3,275

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re Anibal Mesala Silva,  
     Debtor

Case No. 07-03740-JM7  
     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01854333 36  Chase Receivables  1247 Broadway  Sonoma, CA 95476 | | C | 2004  Consumer Purchases  Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. Silva  Checks Cashed 4 Less  3166 Midway Drive, #104  San Diego, CA 92110 | | C | 2006  Consumer Loan  Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva  Check Center  1096 E. Main Street  El Cajon, CA 92021 | | C | 2006  Consumer Loan  Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva  Check Into Cash  1222 Broadway Street  El Cajon, CA 92021 | | C | 2006  Consumer Loan  Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. 4722173-4  City of Austin  P.O. Box 2267  Austin, TX 78783 | | C | 2003  Consumer Purchases  Fixed & Liquidated | | | | 300 |

Sheet no. 3 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $~~0.00~~ 1,750

Total▶ $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Anibal Mesala Silva__,  Case No. __07-03740-JM7__
 Debtor  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5A20/5B03 <br> Coastal Court Reporting <br> 28570 Marguerite Pkwy <br> Mission Viejo, CA 92692 | | C | 2005 <br> Consumer Purchases <br> Fixed & Liquidated | | | | 400 |
| ACCOUNT NO. 793650413C <br> Credit Systems International <br> P.O. Box 1088 <br> Arlington, TX 76004 | | C | 2004 <br> Consumer Purchases <br> Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. 160059 <br> Creditors Exchange <br> P.O. Box 2270 <br> Buffalo, NY 14240 | | C | 2004 <br> Consumer Purchases <br> Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva <br> Cross Country Bank <br> c/o Weinstein & Riley <br> 2101 4th Ave., Ste. 900 <br> Seattle, WA 98121 | | C | 2002 <br> Consumer Purchases <br> Fixed & Liquidated | | | | 700 |
| ACCOUNT NO. <br> Dollar Smart <br> 1103 Broadway Street <br> El Cajon, CA 92021 | | C | 2006 <br> Consumer Loan <br> Fixed & Liquidated | | | | 325 |

Sheet no. __4__ of __15__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 0.00 2,025

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Anibal Mesala Silva  ,  Case No. 07-03740-JM7
           Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Janet Silva<br>Eddie & Violet Paredes<br>15021 Plainview Dr., #C<br>Austin, TX 78725 | | C | 2003<br>Money Judgment<br>Fixed & Liquidated | | | | 3,000 |
| ACCOUNT NO. Silva<br>Emerge<br>P.O. Box 105655<br>Atlanta, GA 30348 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,800 |
| ACCOUNT NO. A65225<br>Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN 55438 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. Silva<br>First Premier<br>P.O. Box 5147<br>Sioux Falls, SD 57117 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,000 |
| ACCOUNT NO. 10078820<br>FMA Alliance Ltd<br>11811 N. Freeway, #900<br>Houston, TX 77060 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 500 |

Sheet no. 5 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $ 0.00 6,800

Total> $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 178444116535 28<br>GC Services Limited<br>6330 Gulfton<br>Houston, TX 77081 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. 5489555115030514<br>HSBC<br>P.O. Box 60102<br>City of Industry, CA 91716 | | C | 2005<br>Consumer Purchases<br>Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. 349-903-703-81<br>JC Penney<br>P.O. Box 960001<br>Orlando, FL 32896 | | C | 2005<br>Consumer Purchases<br>Fixed & Liquidated | | | | 800 |
| ACCOUNT NO.<br>Jefferson Capital Systems<br>P.O. Box 23051<br>Columbus, GA 31902 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>KEKO Pump & Equipment<br>P.O. Box 80308<br>San Diego, CA 92138 | | C | 2006<br>Consumer Charges<br>Fixed & Liquidated | | | | 150 |

Sheet no. **6** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 0.00
2,050

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 93059134798<br>Mervyn's<br>P.O. Box 960013<br>Orlando, FL 32896 | | C | 2005<br>Consumer Purchases<br>Fixed & Liquidated | | | | 280 |
| ACCOUNT NO.<br>Michael Roedinger<br>8529 Kreiner Way<br>Santee, CA 92071 | | C | 2006<br>Rent Charges | | | X | 500 |
| ACCOUNT NO. 8505100008<br>Midland Credit<br>8875 Aero Drive<br>San Diego, CA 92123 | | C | 2003<br>Consumer Purchases<br>Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. Silva<br>Money Tree<br>6779 El Cajon Blvd.<br>San Diego, CA 92115 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>MFB Credit Bureau, Inc.<br>11921 N. Mopac Expwy, #210<br>Austin, TX 78759 | | C | 2003<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |

Sheet no. 7 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00 1,905

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 60769 Myers Internet 2160 Lundy Ave., Ste. 128 San Jose, CA 95131 | | C | 2006 Consumer Purchases Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva NCO Financial Services P.O. Box 41457 Philadelphia, PA 19101 | | C | 2003 Consumer Purchases Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva Ollie Mae Phillips 5266 FM 713 Lockhart, TX 78644 | | C | 2003 Consumer Loan Fixed & Liquidated | | | | 10,500 |
| ACCOUNT NO. A32020 PACER Service Center P.O. Box 277773 Atlanta, GA 30384 | | C | 2006 Consumer Purchases Fixed & Liquidated | | | | 90 |
| ACCOUNT NO. Silva OSI Collection Services P.O. Box 350720 Jacksonville, FL 32255 | | C | 2002 Consumer Purchases Fixed & Liquidated | | | | 300 |

Sheet no. 8 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 0.00 11,490

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Anibal Mesala Silva__,  Case No. __07-03740-JM7__
       Debtor                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Silva<br>Prime Direct Mortgage<br>2099 S. State College Blvd, #301<br>Anaheim, CA 92806 | | C | 2004<br>Money Judgment<br>Fixed & Liquidated | | | X | 1,800 |
| ACCOUNT NO. Silva<br>Professional Civil Process<br>P.O. Box 342467<br>Austin, TX 78734 | | C | 2006<br>Consumer Charges<br>Fixed & Liquidated | | | | 800 |
| ACCOUNT NO. Silva<br>Ready Money<br>1112 Broadway St., #101<br>El Cajon, CA 92021 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |
| ACCOUNT NO. Silva<br>Santa Fe Apartments<br>4210 Fredericksburg Road<br>San Antonio, TX 78201 | | C | 2005<br>Consumer Charges<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>Sun Cash<br>5419 El Cajon Blvd.<br>San Diego, CA 92115 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 325 |

Sheet no. _9_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $~~0.00~~ 3,550

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Anibal Mesala Silva__,  Case No. __07-03740-JM7__
      Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 913561910690<br>Target Credit Services<br>P.O. Box 1581<br>Minneapolis, MN 55440 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>Terri Ellis<br>2006 Creek Road<br>Marion, TX 78124 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 600 |
| ACCOUNT NO. 153456197331<br>U.S. Bank<br>490 Fletcher Parkway<br>El Cajon, CA 92020 | | C | 2006<br>Consumer Bank Transaction<br>Fixed & Liquidated | | | | 1,500 |
| ACCOUNT NO. 5711724009<br>U.S. Small Business Admin.<br>10737 Gateway West, Ste. 300<br>El Paso, TX 79935 | | C | 2002<br>Consumer Loan<br>Fixed & Liquidated | | | | 8,000 |
| ACCOUNT NO. 22023937<br>Van Ru Credit Corporation<br>P.O. Box 212<br>Park Ridge, IL 60068 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |

Sheet no. _10_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ ~~0.00~~ 10,700

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Anibal Mesala Silva__,  Case No. __07-03740-JM7__
      Debtor                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2661665<br>Ventus Capital Services<br>P.O. Box 4607<br>Chesterfield, MO 63006 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. 3084424808<br>Washington Mutual<br>1100 Palm Avenue<br>Imperial Beach, CA 91932 | | C | 2006<br>Consumer Bank Transaction<br>Fixed & Liquidated | | | | 2,500 |
| ACCOUNT NO. 502 Noswell<br>Windermere HOA<br>P.O. Box 1158<br>Pflugerville, TX 78691 | | C | 2004<br>Consumer Charges<br>Fixed & Liquidated | | | | 1,000 |
| ACCOUNT NO. 69611<br>Windermere Utility Co.<br>P.O. Box 2648<br>Cedar Park, TX 78630 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva<br>California Accounts Service<br>P.O. Box 1622<br>El Cajon, CA 92022 | | C | 2006<br>Consumer Charges<br>Fixed & Liquidated | | | | 300 |

Sheet no. __11__ of __15__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $ ~~0.00~~ 4,400

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Silva<br>Richard Elizalda<br>1571 Circulo Brandisi<br>Chula Vista, CA 91915 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 10,000 |
| ACCOUNT NO. Silva<br>Carmen Alvarado<br>2404 Manzana Way<br>San Diego, CA 92139 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 5,000 |
| ACCOUNT NO. Silva<br>Jill Lovatt - Complete Appraisals<br>86 Monarch Drive<br>Monarch Beach, CA 92629 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,500 |
| ACCOUNT NO. Silva<br>J Strebb Residential Appraisals<br>2621 Denver St., Ste. D<br>San Diego, CA 92110 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 350 |
| ACCOUNT NO. Silva<br>Freedom Appraisal, Inc.<br>1400 N. Harbor Blvd., Ste. 430<br>Fullerton, CA 92835 | | C | 2007<br>Consumer Purchases<br>Fixed & Liquidated | | | | 350 |

Sheet no. 12 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ ~~0.00~~ 17,200

Total ►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Anibal Mesala Silva__,  Case No. __07-03740-JM7__
     Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Silva<br>Accelerated Appraisal<br>639 Faith Ave.<br>Cardiff by the Sea, CA 92007 | | C | 2006<br>Consumer Purchases<br>Fixed & Liquidated | | | | 1,500 |
| ACCOUNT NO. Silva<br>Apache Shores POA, Inc.<br>611 S. Congress, Ste. 510<br>Austin, TX 78704 | | C | 2004<br>HOA Fees<br>Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. 7791006<br>Accounts Receivable Mgmt.<br>P.O. Box 129<br>Thorofare, NJ 08086 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | | | | 200 |
| ACCOUNT NO. 78521030400945<br>Bay Area Credit Service<br>50 Airport Parkway, Ste. 100<br>San Jose, CA 95110 | | C | 2004<br>Consumer Purchases<br>Fixed & Liquidated | 0 | | | 300 |
| ACCOUNT NO. Silva<br>Ebony Maint. Corp.<br>c/o Laura<br>239 Ebony Ave., Unit 2<br>Imperial Beach, CA 91932 | | C | 11/2007<br>HOA Fees<br>Fixed & Liquidated | | | X | 3000 |

Sheet no. _13_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ ~~0.00~~ 5,300

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03740-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Allied Interstate Inc. P.O. Box 361774 Columbus, OH 43236 | | C | 7/2007 Storage Fees Fixed & Liquidated | | | | 390 |
| ACCOUNT NO. 236-12520-19 California Accounts Service P.O. Box 1622 El Cajon, CA 92022 | | C | 2006 Consumer Purchases Fixed & Liquidated | | | | 300 |
| ACCOUNT NO. Silva 7476 Roundup Funding, LLC MS 550 P.O. Box 91121 Seattle, WA 98111 | | C | 2002 Consumer Purchases Fixed & Liquidated | | | | 1,550 |
| ACCOUNT NO. 100929 2949 America Online P.O. Box 30623 Tampa, FL 33630 | | C | 2006 Consumer Purchases Fixed & Liquidated | | | | 77 |
| ACCOUNT NO. 020020143759 Oxford Management Services 135 Maxess Road Melville, NY 11747 | | C | 2004 Consumer Purchases | | | X | 18,161 |

Sheet no. 14 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ ~~0.00~~ 20,478

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Anibal Mesala Silva**, Debtor

Case No. **07-03140-JM7** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 224112667<br>T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274 | | C | 2003<br>Consumer Purchases<br>Fixed & Liquidated | | | | 545 |
| ACCOUNT NO. 5438975088270088 Janet Silva<br>TRI-CAP Investment Partners<br>5 Industrial Way<br>Salem, NH 03079 | | C | 2002<br>Consumer Purchases<br>Fixed & Liquidated | | | | 500 |
| ACCOUNT NO. 5794031/289796<br>Onyx Acceptance Corp.<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006 | | C | 2006<br>Consumer Loan<br>Fixed & Liquidated | | | | 15,789 |
| ACCOUNT NO. 10219125<br>Public Storage<br>c/o Anita<br>1047 N. Johnson Avenue<br>El Cajon, CA 92020 | | C | 10/2007<br>Storage Fees for Space 8017<br>Fixed & Liquidated | | | | 600 |
| ACCOUNT NO. 32074822767<br>San Diego Gas & Electric<br>P.O. Box 25111<br>Santa Ana, CA 92799 | | C | 10/2007<br>Electricity Charges<br>Fixed & Liquidated | | | | 180 |

Sheet no. 15 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ ~~0.00~~ 17,614

Total▶ $ 115,292
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)