# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED JUN 17 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Clerk's Office DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Huff
FROM: C Puttmann, Deputy Clerk     RECEIVED DATE: 6/12/2008
CASE NO.: 08cv932 H JMA     DOCUMENT FILED BY: Petitioner
CASE TITLE: Silva v. Meyers
DOCUMENT ENTITLED: Petitioner's Motion to Stay of Proceedings

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 6/13/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: HUFF

Dated: 6/16/08     By: LCI
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]